UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24064-LENARD/LOUIS

FRANKENMUTH MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.

PAC COMM, INC., a Florida corporation and
EMMANUEL E. PACIN, an individual,

    Defendants.
v.

WELLS FARGO BANK, N.A.,

    Garnishee.
_____/

## REPORT AND RECOMMENDATION ON MOTION FOR DEFAULT FINAL JUDGMENT OF GARNISHMENT

**THIS CAUSE** having come before this Honorable Court pursuant to Creditor/Garnishor, Frankenmuth Mutual Insurance Company's ("FMIC"), *Notice of Non-Filing of Response to Writ of Garnishment and Motion for Entry of Default Final Judgment* filed on June 10, 2021 (ECF No. 124), and the Court having reviewed the pleadings, having heard argument of counsel, and being otherwise and duly advised in the premises, the undersigned hereby recommends Plaintiff's *Motion for Entry of Default Final Judgment upon the Answer of Garnishee*, Wells Fargo Bank, N.A. ("Wells Fargo") be granted and that the District Court order Garnishee Wells Fargo to do the following:

    1. That Garnishee, Wells Fargo, be directed to immediately release to FMIC, all tangible

1

and intangible personal property of the Judgment Debtors that the Garnishee has in its possession or control, specifically including but not limited to, the sum of $12,345.08 as more fully identified in the Garnishee's *Answer* to the *Writ of Garnishment* (ECF No. 110). The undersigned further recommends that the Court issue a "break order" directing Wells Fargo to forcibly open, inventory, and turn over the contexts of the Safe Deposit Box #xxxx-xxxx-0225.

2. That the Court find that upon issuance of the property identified in paragraph 1 hereof to Plaintiff, FMIC, Garnishee, Wells Fargo, shall be relieved of any further obligations under the *Writ of Garnishment*.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Joan A. Lenard, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers on the 10th day of December, 2021.

_____
**LAUREN FLEISCHER LOUIS**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:
Counsel of Record