UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24064-CIV-LENARD

**FRANKENMUTH MUTUAL
INSURANCE COMPANY,**

    Plaintiff,

v.

**PAC COMM, INC., and
EMMANUEL E. PACIN,**

    Defendants,

v.

**WELLS FARGO BANK, N.A.,**

    Garnishee.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION FOR DEFAULT FINAL JUDGMENT OF GARNISHMENT (D.E. 160) AND GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT (D.E. 124)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Lauren Fleischer Louis, ("Report," D.E. 160), issued December 10, 2021, recommending that the Court grant Plaintiff Frankenmuth Mutual Insurance Company's Motion for Entry of Final Judgment as to Garnishee Wells Fargo Bank, N.A., (D.E. 124). The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an

independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 160) is **ADOPTED**;

2. Plaintiff's Motion for Entry of Final Judgment (D.E. 124) is **GRANTED**;

3. Garnishee Wells Fargo Bank, N.A. is **ORDERED** to immediately release to Frankenmuth Mutual Insurance Company all tangible and intangible personal property of the Judgment Debtors that the Garnishee has in its possession or control, specifically including but not limited to, the sum of $12,345.08 as more fully identified in the Garnishee's *Answer* to the *Writ of Garnishment* (D.E. 110). Additionally, Wells Fargo is **ORDERED** to forcibly open, inventory, and turn over the contexts of the Safe Deposit Box #xxxx-xxxx-0225; and

4. Upon issuance of the property identified in paragraph 3 above to Frankenmuth Mutual Insurance Company, Garnishee Wells Fargo Bank, N.A., shall be relieved of any further obligations under the *Writ of Garnishment*.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of December, 2021.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**